```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08966
    CHARLES MCGHEE
    CASSANDRA MCGHEE                          CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
             Debtor
    SSN XXX-XX-5200     SSN XXX-XX-4585

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 05/16/2007 and was confirmed 08/23/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

      The case was dismissed after confirmation 05/15/2008.
------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
 COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00           .00
 COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00           .00
 COUNTRYWIDE HOME LOANS     MORTGAGE ARRE         .00            .00           .00
 HSBC AUTO FINANCE          SECURED VEHIC      205.42            .00        205.42
 WACHOVIA DEALER SERVICES   SECURED VEHIC     4159.00         221.35        815.93
 SALLIE MAE LSCF            PRIORITY        NOT FILED            .00           .00
 CREDIT BUREAU ACCOUNTS     UNSECURED       NOT FILED            .00           .00
 PREMIER BANKCARD           UNSECURED          554.00            .00         40.94
 GREAT AMERICAN FINANCE     SECURED           1957.00         100.03        316.90
 LILLIAN VERNON             UNSECURED       NOT FILED            .00           .00
 INGALLS MEMORIAL HOSPITA   UNSECURED       NOT FILED            .00           .00
 NICOR GAS                  UNSECURED       NOT FILED            .00           .00
 PORTFOLIO ACQUISITIONS     UNSECURED       NOT FILED            .00           .00
 PRIME ACCEPTANCE           UNSECURED         3365.74            .00        248.71
 VILLAGE OF MATTESON        UNSECURED       NOT FILED            .00           .00
 VILLAGE OF PARK FOREST     UNSECURED       NOT FILED            .00           .00
 VILLAGE OF PARK FOREST     UNSECURED         1500.00            .00         99.26
 WFNNB ROAMAN               UNSECURED       NOT FILED            .00           .00
 ASSET ACCEPTANCE LLC       UNSECURED         1399.36            .00         92.60
 HSBC AUTO FINANCE          UNSECURED        10597.06            .00        783.10
 COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED            .00           .00
 SALLIE MAE SERVICING COR   UNSECURED        18442.20            .00       1220.35
 WACHOVIA DEALER SERVICES   UNSECURED          155.97            .00           .00
 COUNTRYWIDE HOME LOANS I   UNSECURED       NOT FILED            .00           .00
 ROUNDUP FUNDING LLC        UNSECURED         1597.46            .00        105.71
 PRIME ACCEPTANCE           SECURED NOT I     3000.00            .00           .00
 GREAT AMERICAN FINANCE     UNSECURED             .86            .00           .00
 BENNIE W FERNANDEZ         DEBTOR ATTY      2,523.00                      2,523.00
 TOM VAUGHN                 TRUSTEE                                          494.42
 DEBTOR REFUND              REFUND                                           193.10

      Summary of Receipts and Disbursements:

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 08966 CHARLES MCGHEE & CASSANDRA MCGHEE
```

```
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  7,460.82

PRIORITY                                            .00
SECURED                                        1,338.25
    INTEREST                                     321.38
UNSECURED                                      2,590.67
ADMINISTRATIVE                                 2,523.00
TRUSTEE COMPENSATION                             494.42
DEBTOR REFUND                                    193.10
                       ---------------    ---------------
TOTALS                   7,460.82              7,460.82
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 10/16/08        _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE








                         PAGE   2
         CASE NO. 07 B 08966 CHARLES MCGHEE & CASSANDRA MCGHEE